NO. PD-1071-15

IN THE

COURT OF CRIMINAL APPEALS

OF TEXAS

| | | |
|---|---|---|
| DANIEL G. RODRIGUEZ | § | FIRST COURT OF APPEALS |
| Petitioner, | § | NO. 03-13-00778-CR |
| v. | § | APPEAL FROM 351st DISTRICT |
| | § | COURT, HARRIS COUNTY TEXAS |
| THE STATE OF TEXAS | § | |
| Respondent, | § | T.C. NO. 1380317 |

FILED IN
COURT OF CRIMINAL APPEALS

OCT 15 2015

Abel Acosta, Clerk

PETITIONER'S SECOND

MOTION FOR EXTENSION OF TIME TO FILE

PRO SE MOTION FOR DISCRETIONARY REVIEW

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 15 2015

Abel Acosta, Clerk

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

COMES NOW, Daniel G. Rodriguez, Petitioner in the above-numbered and styled cause and requests an extension of time to file petition for discretionary review. This is Petitioner's Second and last motion.

On July 28, 2015, the First Court of Appeals of Texas, entered its memorandum opinion affirming the trial courts judgement. Petitioner's first motion for extension was granted on Aug. 19, 2015, giving Petitioner until Oct. 26, 2015, to file Petition. The Court specifically stated NO FURTHER EXTENSIONS WILL BE ENTERTAINED. Petitioner respectfully asserts that extraordinary circumstances exist for the Court's consideration, for allowing Petitioner an additional 30-days to prepare an adequate Petition for review.

In this instance, Petitioner, an indigent pro se litigant has not receive a copy of "Appellant's Brief" or a copy of "State's Brief". Neither appeal counsel, the State or the Court of Appeals has provided Petitioner with copies of briefs. Petitioner has no materials (above) upon which to prepare an adequate Petition (PDR). Petitioner has made several requests to his appeal counsel, the

1.

Court of Appeals, and the State Bar of Texas, for assistance in obtaining said briefs. Petitioner has no other remedy and seeks an extension only for the sole purpose of awaiting a response from parties named above. This motion is not intended for purpose of delay.

Respectfully submitted,

*Daniel Rodriguez*

Daniel G. Rodriguez #1869538
C.T. Terrell Uit
1300 FM 655
Rosharon, TX  77583

## Certificate of Service

This is to certify that a true and correct copy of the foregoing motion has been forwarded to the State's Attorney, P.O. Box 13046, Austin, TX., 78711, via U.S. Mail, first-class postage prepaid, on this the __6__ day of __Oct. 2015__.

*Daniel Rodriguez*

## Unsworn Declaration

I, Daniel G. Rodriguez, TDCJ-ID No. 1869583, being presently incarcerated in C.T. Terrell Unit in Brazoria County, TX., declare under penalty of perjury that the information stated herein is true and correct.

So Sworn, on this __6__ day of __Oct., 2015__.

*Daniel Rodriguez*

2.